IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUDY DEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 19-00318-CV-W-ODS |
| | ) |
| BETTE COUGHLIN, | ) |
| individually and as Executor of the | ) |
| Estate of Patrick Michael Hennessey, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

## RULE 502(d) ORDER

The production of privileged or work-product protected documents, electronically stored information (ESI), or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

IT IS SO ORDERED.

                                                                                /s/ *Ortrie D. Smith*
                                                                                ORTRIE D. SMITH, SENIOR JUDGE
DATE: April 25, 2019                             UNITED STATES DISTRICT COURT