IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUDY DEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 19-00318-CV-W-ODS |
| ESTATE OF PATRICK MICHAEL ) | |
| HENNESSEY AND BETTE COUGHLIN ) | |
| ) | |
| Defendants. | |

### ENTRY OF APPEARANCE

COMES NOW, Erica Fumagalli. of the law firm BOYD KENTER THOMAS & PARRISH, LLC., and enters his appearance as counsel on behalf of the Plaintiff in the above captioned matter.

Respectfully submitted,

BOYD KENTER THOMAS & PARRISH, LLC

_____
Erica Fumagalli.           Mo. Bar #70069
221 West Lexington Ave., Suite 200
P.O. Box 1099
Independence, MO 64051
816-471-4511 - Phone
816-471-8450 – Fax
efumagalli@bktplaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed using the court's electronic filing system, and a copy transmitted via email to all registered parties and/or their counsel of record this 15th day of May, 2019.

_____
Erica Fumagalli       #70069
221 West Lexington, Suite 200
Independence, Missouri 64050
(816) 471-4511 - Telephone
(816) 471-8450 – Facsimile
efumagalli@bktplaw.com