IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUDY DEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 19-00318-CV-W-ODS |
| BETTE COUGHLIN,<br>individually and as Executor of the<br>Estate of Patrick Michael Hennessey,<br>et al., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DISCOVERY TELEPHONE CONFERENCE PURSUANT TO LOCAL RULE 37.1(a)(2) AND TO COMPEL DEFENDANTS TO PRODUCE INSURANCE RECORDS

On December 9, 2019, Plaintiff filed a motion for discovery telephone conference and to compel Defendant to produce insurance records. Doc. #47. Although counsel telephoned Chambers on December 9, 2019 about a discovery dispute telephone conference, counsel did not follow up with Chambers regarding the parties availability on December 9, 2019 or later this week. Accordingly, the Court did not schedule a discovery dispute telephone conference. Local Rule 37.1(b) expressly states, "[n]o written discovery motion shall be filed until this telephone conference has been held." L.R. 37.1(b). Accordingly, Plaintiff's motion is denied without prejudice for failing to comply with Local Rule 37.1.

The Court will refer the discovery dispute to a magistrate judge. Once referred, the assigned judge will contact the parties to schedule the telephone conference and instruct the parties on what to submit prior to the telephone conference.

IT IS SO ORDERED.

DATE: December 11, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT